Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2021

Caption:
**United States** v.

**Lashaumba Randolph**

Docket No.: 7:19-CR-00375 (CS) (8)
Hon. Cathy Seibel
(District Court Judge)

Notice is hereby given that **Defendant** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)

entered in this action on **October 21, 2021**.
(date)

This appeal concerns: Conviction only ☐   Sentence only ✔   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ✔ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✔ | No ☐   N/A ☐

Date of sentence: **October 15, 2021**   N/A ☐

Bail/Jail Disposition: Committed ✔   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐   If yes, provide the following information:

Defendant's Counsel: Edward V. Sapone, Esq.
Counsel's Address: Sapone & Petrillo, LLP
40 Fulton Street, New York, NY 10038
Counsel's Phone: (212) 349-9000

Assistant U.S. Attorney: David R. Felton/Emily Deininger
AUSA's Address: 1 Saint Andrews Plz
New York, NY 10007-1701
AUSA's Phone: (212) 637-2299/(212) 637-2472

Signature

*[Left margin: # 4654012886048   $505.00   11/03/21   ST]*



```
Court Name: District Court
Division: 1
Receipt Number: 465401288648
Cashier ID: Stran
Transaction Date: 11/03/2021
Payer Name: EDWARD V. SAPONE LLC
NOTICE OF APPEAL/DOCKETING FEE
 For: LASHAUMBA RANDOLPH
 Amount:          $505.00
CHECK
 Check/Money Order Num: 2855
 Amt Tendered: $505.00
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
19CR375-4
```